**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHAWNDRA FAISON,**

    **Plaintiff,**

**CASE NO.: 8:18-cv-02293-SDM-AEP**

**v.**

**HUNTER WARFIELD, INC.,**

    **Defendant.**

---

## NOTICE OF PENDING SETTLEMENT

Plaintiff**,** SHAWNDRA FAISON, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, SHAWNDRA FAISON, and Defendant, HUNTER WARFIELD, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

    */s/Amanda J. Allen, Esq.*
    **Amanda J. Allen, Esq**.
    Florida Bar No.:  98228
    THE CONSUMER PROTECTION FIRM, PLLC
    4030 Henderson Blvd.
    Tampa, FL 33629
    Telephone: (813) 500-1500
    Facsimile: (813) 435-2369
    Amanda@TheConsumerProtectionFirm.com
    Shenia@TheConsumerProtectionFirm.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 11, 2019, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                        */s/Amanda J. Allen, Esq.*
                                        **Amanda J. Allen, Esq.**
                                        Florida Bar No.: 98228
                                        THE CONSUMER PROTECTION FIRM, PLLC
                                        4030 Henderson Blvd.
                                        Tampa, FL 33629
                                        Telephone: (813) 500-1500
                                        Facsimile: (813) 435-2369
                                        Amanda@TheConsumerProtectionFirm.com
                                        Shenia@TheConsumerProtectionFirm.com
                                        *Attorney for Plaintiff*