UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWNDRA FAISON,

    Plaintiff,

v.                                       CASE NO. 8:18-cv-2293-T-23AEP

HUNTER WARFIELD, INC.,

    Defendant.
_____/

**<u>ORDER</u>**

The plaintiff announces (Doc. 18) a settlement in this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 15, 2019.

                                                        /s/ Steven D. Merryday
                                                  STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE